Jeffrey C. Shorter (#5884)
SMART SCHOFIELD SHORTER, P.C.
A Professional Corporation
5320 South 900 East, Ste. 120
Salt Lake City, UT 84117
Telephone: (801) 747-0647
Facsimile: (801) 747-1049
Attorney for Debtors

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re:<br><br>Sean Christopher DiCristofano and Dior Vanessa King,<br><br>Debtors. | Bankruptcy No. 25-20208<br>Chapter 13<br>Judge Kevin R. Anderson |
|---|---|

**NOTICE OF PRECONFIRMATION MODIFICATION TO CHAPTER 13 PLAN**
_____

**PLEASE TAKE NOTICE** that the Debtors have filed with the United States Bankruptcy Court for the District of Utah, a request to modify the previously filed Chapter 13 Plan under U.S.C. § 1323. The Debtors move the Court for confirmation of the Plan as modified without further notice and hearing. In support thereof, the Debtors represent as follows:

The most recently filed plan is here by modified as follows:

| Plan Part No. | Previously Filed Plan Provision | Plan as modified |
|---|---|---|
| Part 8.1 Nonstandard Plan Provisions: | | **Is:**<br>**Paragraph 5 has been added to this section.**<br><br>**5) Debtors will pay Claim #10 filed by Aidvantage on behalf of The** |

|  |  | **Department of Education for student loans as a direct payment outside of the plan.**<br>**A) The Debtor(s) will pay the claim #10 without any modifications to the terms of the contract;**<br>**B) Upon entry of the Order Confirming the Plan, the automatic stay of §1301 are terminating as to such collateral and the co-debtor's obligation;**<br>**C) The claim will not be discharged**<br>**D) Neither the court nor the Trustee will monitor the Debtors' performance on direct payment to the creditor.** |
|---|---|---|

The modification does **not** negatively impact secured, priority or nonpriority unsecured creditors.

Under § 1323(c), any holder of secured claim that has accepted or rejected, as the case may be, the prior plan is deemed to have accepted or rejected the plan as modified, unless the modification provides for a change in the rights of such holder from what such rights were unable to plan before modification, and changes such holder's previous acceptance or rejection.

THEREFORE, because the modification does not require notice to creditors, the Debtor, requests the Bankruptcy Court to confirm the plan as modified without further notice or hearing.

DATED THIS 9th day of May, 2025.

SMART SCHOFIELD SHORTER, P.C.
A Professional Corporation


__/s/ Jeffrey C. Shorter_____
Jeffrey C. Shorter
Attorney for Debtors

2

CERTIFICATE OF SERVICE BY ELECTRONIC NOTICE (CM/ECF)

I hereby certify that on May 9, 2025, I electronically filed the foregoing **NOTICE OF PRECONFIRMATION MODIFICATION TO CHAPTER 13 PLAN** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are registered CM/ECF users:

**Lon Jenkins**
**Chapter 13 Trustee**
ecfmail@ch13ut.org

**United States Trustee**
USTPRegion19.SK.ECF@usdoj.gov

    /s/ Tamara King
Tamara King
Paralegal to Jeffrey C. Shorter

\\ssssvr2\network\sldocs\jshorter\1.bankruptcy clients\dicristofano, sean & dior (44565.00)\notice of preconfirmation modification to chapter 13 plan (dicristofano).05092025 tpk.doc

3